# EXHIBIT M



# PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE
PD 571-147 (Rev. 5/01)-Pent

**B 152751 V**

| CATEGORY OF PROPERTY: | Rotation Tow (See Reverse Side of Yellow Copy) ☐ | Forfeiture ☐ | Safekeeping ☒ | Photo-Release ☐ | | |
|---|---|---|---|---|---|---|
| | Arrest Evidence ☐ | Investigation ☐ | Determine True Owner ☐ | DATE Feb 12 YR 05 | Pct. 030 | |

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Suotolo | PO | 8226 | [redacted] | 030 |

| Year of Veh. | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 1991 | Plymoth | Voyager | Suba | Bk | 2p4gh55r3mr227093 |

| No. of Lic. Plates | Lic. Plate No. | State | Certificate of Inspection | | Veh./Boat Running | Boat Found Adrift |
|---|---|---|---|---|---|---|
| ☐One ☒Two ☐None | bx13405 | NY | Ser. No. 33535136 State NY Yr. 05 | | ☒Yes ☐No | ☐Yes ☐No |

| Item Pct. Qty. | No. Of Tires | No. Of Air Bags | Battery | Radio | Other Sound Equip. | Special Wheels | Wheel Covers | Keys With Vehicle |
|---|---|---|---|---|---|---|---|---|
| | 5 | 1 | ☒Yes ☐No | ☐AM ☒AM/FM ☐None | ☐CD ☒Cass ☐None | | | ☒Ignition ☒Trunk ☐None |
| Pr. Clk. Qty. | | | ☐Yes ☐No | ☐AM ☐AM/FM ☐None | ☐CD ☐Cass ☐None | | | ☐Ignition ☐Trunk ☐None |

| Item | Trunk | Glove Compartment | Exterior Condition | Interior |
|---|---|---|---|---|
| Pct. | ☐Open ☒Locked ☐Broken | ☐Open ☒Locked ☐Broken | ☐Good ☐Fair ☒Poor ☐Shell | ☐Good ☐Fair ☒Poor |
| Pr. Clk. | ☐Open ☐Locked ☐Broken | ☐Open ☐Locked ☐Broken | ☐Good ☐Fair ☐Poor ☐Shell | ☐Good ☐Fair ☐Poor |

**Additional Equipment or Accessories** (Pct. Qty.): none

**Additional Equipment or Accessories** (Pr. Clk. Qty.):

**List Missing or Damaged Parts** (Pct. Qty.): Various scratches & dents throughout vehicle/no rear wiper/leaking anti-freeze

**List Missing or Damaged Parts** (Pr. Clk. Qty.):

| Location Veh./Boat Obtained | Time | Date | Personal Property Removed | Pr. Clk. Invoice No. |
|---|---|---|---|---|
| W/B S/C w151 & Amsterdam | 3:03 | 2/12/05 | ☐Yes ☒No | |

| Alarm No. | Pct. | Complaint No. | Date Trans. | Cancelled By | Date Cancelled | Time | N.A.T.B. NTFD. | Inter-City Corres. Unit No. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐Yes ☐No | |

| Registered Owner Name | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| Pontilla, Luis G | 1643 Amsterdam Ave | NY | NY | 10040 | |

| Registered Owner Notified By | Rank | Shield No. | Precinct | Date | Time | How Notified |
|---|---|---|---|---|---|---|
| Suotolo | PO | 8226 | 30 | 2/12/05 | 16:00 | ☐Letter ☒Telephone ☐Fax |

| Vehicle Taken From | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| Vicente, Jorge | 366 Wadsworth #55 | NY | NY | 10040 | 212 923 5180 |

| Prisoner's Last Name | First | Age | Address | City | State | Zip Code | No. of Pris. |
|---|---|---|---|---|---|---|---|
| Vicente, Jorge | | 49 | 366 Wadsworth #55 | NY | NY | 10040 | 1 |

| Date of Arrest | Arrest No. | Pct. | Compl. No. | Pct. | Charge |
|---|---|---|---|---|---|
| 2/12/05 | M05612596m | 30 | 000853 | 30 | Resisting arrest/ DWI |

| Double Tow | Signature of Authorizing Officer | Receipt Received/Issued |
|---|---|---|
| ☐Yes ☒No | | |

Name of A.D.A. Requesting Vehicle be Held | Borough | Telephone No.

**Remarks:** Otpo above perp was observed driving vehicle while under the influence of alcohol. Perp does no own vehicle. Vehicle vouchered by a/o for safekeeping until regestered owner claims vehicle.

☐ CHECK IF RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

| Arresting/Assigned Officer Signature | Reviewing Supervisor | Tax No. | Rank | Date |
|---|---|---|---|---|
| | | [redacted] | | |

| Storage Facility | Vehicle Delivered By | Shield | Tow Truck No. | Date | Time |
|---|---|---|---|---|---|

| Received at Storage Facility By | Rank | Shield No. | Date | Time | Location at Storage Facility |
|---|---|---|---|---|---|

Attach Copy of FINEST Printouts For All Vehicles
Attach Copy of Complaint Report for Arrest Evidence, Investigation or Forfeiture Cases

Property Clerk Storage Number

**B 152751 V**

**DISTRIBUTION:** WHITE - Prop. Clk. File  SECOND WHITE - Inventory Unit Copy  YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy  GREEN - Evidence Release/Investigation Copy  PINK - Prisoner/Claimant Receipt Copy




# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**M501761**

- ☒ ARREST EVIDENCE
- ☐ DECEDENT'S PROPERTY
- ☐ FOUND PROPERTY
- ☐ INVESTIGATORY
- ☐ PEDDLER PROPERTY
- ☐ OTHER _____

DATE PREPARED: Feb 12, YR 2005 PCT. 030

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ruotolo, Peter | PO | 8226 | [redacted] | 30 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Vicente, Jorge | | 49 | 366 Wadsworth Ave #55 Ny NY | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/12/05 | M05612596 | Resisting arrest/ DWI/ Harassment | ☐ | ☒ | ☐ | ☐ | 000853 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| n/a | n/a | n/a |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| saa | saa | 212 923 5180 |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PSNY | 451 W151 NY NY 10031 | 212 690 8811 |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 1 | 1 | Corona beer bottle | | S/e D781175 |
| 2 | 3 | Polaroid pictures of beer bottle | | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx this is a complete list of all items vouchered | | | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles: B152751V

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).
Item #1 was found inside of perps vehicle. Item #2 shows how the bottle was found inside vehicle.

**M501761**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner/Finder Receipt Copy