# EXHIBIT M

 

# PROPERTY CLERK'S MOTOR VEHICLE/BOAT INVOICE
PD 571-147 (Rev. 5/01)-Pent

**B 152751 V**

| CATEGORY OF PROPERTY: | Rotation Tow (See Reverse Side of Yellow Copy) ☐ | Forfeiture ☐ | Safekeeping ☒ | Photo-Release ☐ | | |
|---|---|---|---|---|---|---|
| | Arrest Evidence ☐ | Investigation ☐ | Determine True Owner ☐ | DATE Feb 12 YR 05 | Pct. 030 | |

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ruotolo | PO | 8226 | [redacted] | 030 |

| Year of Veh. | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 1991 | Plymoth | Voyager | Suba | Bk | 2p4gh55r3mr227093 |

| No. of Lic. Plates | Lic. Plate No. | State | Certificate of Inspection | Veh./Boat Running | Boat Found Adrift |
|---|---|---|---|---|---|
| ☐One ☒Two ☐None | bx3405 | NY | Ser. No. 33535136 State NY Yr. 05 | ☒Yes ☐No | ☐Yes ☐No |

| Item | No. Of Tires | No. Of Air Bags | Battery | Radio | Other Sound Equip. | Special Wheels | Wheel Covers | Keys With Vehicle |
|---|---|---|---|---|---|---|---|---|
| Pct. Qty. | 5 | 1 | ☒Yes ☐No | ☐AM ☒AM/FM ☐None | ☐CD ☒Cass ☐None | | | ☒Ignition ☒Trunk ☐None |
| Pr. Clk. Qty. | | | ☐Yes ☐No | ☐AM ☐AM/FM ☐None | ☐CD ☐Cass ☐None | | | ☐Ignition ☐Trunk ☐None |

| Item | Trunk | Glove Compartment | Exterior Condition | Interior |
|---|---|---|---|---|
| Pct. | ☐Open ☒Locked ☐Broken | ☐Open ☒Locked ☐Broken | ☐Good ☐Fair ☒Poor ☐Shell | ☐Good ☐Fair ☒Poor |
| Pr. Clk. | ☐Open ☐Locked ☐Broken | ☐Open ☐Locked ☐Broken | ☐Good ☐Fair ☐Poor ☐Shell | ☐Good ☐Fair ☐Poor |

| | Additional Equipment or Accessories. |
|---|---|
| Pct. Qty. | none |
| Pr. Clk. Qty. | |

| | List Missing or Damaged Parts (Indicate Which) |
|---|---|
| Pct. Qty. | Various scratches & dents throughout vehicle/no rear wiper/leaking anti-freeze |
| Pr. Clk. Qty. | |

| Location Veh./Boat Obtained | Time | Date | Personal Property Removed | Pr. Clk. Invoice No. |
|---|---|---|---|---|
| W/B S/O W151 & Amsterdam | 3:03 | 2/12/05 | ☐Yes ☒No | |

| Alarm No. | Pct. | Complaint No. | Date Trans. | Cancelled By | Date Cancelled | Time | N.A.T.B. NTFD. | Inter-City Corres. Unit No. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐Yes ☐No | |

| Registered Owner Name | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| Pontilla, Luis G | 1643 Amsterdam Ave | NY | NY | 10040 | |

| Registered Owner Notified By | Rank | Shield No. | Precinct | Date | Time | How Notified |
|---|---|---|---|---|---|---|
| Ruotolo | PO | 8226 | 30 | 2/12/05 | 16:00 | ☐Letter ☒Telephone ☐Fax |

| Vehicle Taken From | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| Vicente, Jorge | 366 Wadsworth #55 | NY | NY | 10040 | 212 923 5180 |

| Prisoner's Last Name | First | Age | Address | City | State | Zip Code | No. of Pris. |
|---|---|---|---|---|---|---|---|
| Vicente, Jorge | | 49 | 366 Wadsworth #55 | NY | NY | 10040 | 1 |

| Date of Arrest | Arrest No. | Pct. | Compl. No. | Pct. | Charge |
|---|---|---|---|---|---|
| 2/12/05 | M05612596m | 30 | 000853 | 30 | Resisting arrest/ DWI |

| Double Tow | Signature of Authorizing Officer | Receipt Received/Issued |
|---|---|---|
| ☐Yes ☒No | | |

| Name of A.D.A. Requesting Vehicle be Held | Borough | Telephone No. |
|---|---|---|

**Remarks:** Enter any additional details, including a description of valuable parts, accessories, etc. Briefly explain why vehicle was taken into custody.

Jtpo above perp was observed driving vehicle while under the influence of alcohol. Perp does no own vehicle. Vehicle vouchered by a/o for safekeeping until regestered owner claims vehicle.

☐ CHECK IF RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

| Arresting/Assigned Officer Signature | Reviewing Supervisor | Tax No. | Rank | Date |
|---|---|---|---|---|
| | | [redacted] | | |

| Storage Facility | Vehicle Delivered By | Shield | Tow Truck No. | Date | Time |
|---|---|---|---|---|---|

| Received at Storage Facility By | Rank | Shield No. | Date | Time | Location at Storage Facility |
|---|---|---|---|---|---|

Attach Copy of FINEST Printouts For All Vehicles
Attach Copy of Complaint Report for Arrest Evidence, Investigation or Forfeiture Cases

Property Clerk Storage Number

**B 152751 V**

**DISTRIBUTION:** WHITE - Prop. Clk. File  **SECOND WHITE** - Inventory Unit Copy  **YELLOW** - Prop. Clk. Work Copy
**BLUE** - Police Officer's Copy  **GREEN** - Evidence Release/Investigation Copy  **PINK** - Prisoner/Claimant Receipt Copy

 

# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**M501761**

- ☒ ARREST EVIDENCE
- ☐ DECEDENT'S PROPERTY
- ☐ FOUND PROPERTY
- ☐ INVESTIGATORY
- ☐ PEDDLER PROPERTY
- ☐ OTHER _____

DATE PREPARED: Feb 12,  YR 2005  PCT. 030

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ruotolo, Peter | PO | 8226 | [redacted] | 30 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Vicente, Jorge | | 49 | 366 Wadsworth Ave #55 Ny NY | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/12/05 | M05612596 | Resisting arrest/ DWI/ Harassment | ☐ | ☒ | ☐ | ☐ | 000853 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| n/a | n/a | n/a |

| Owner's Name (See Instructions) | Address | Telephone No. |
|---|---|---|
| saa | saa | 212 923 5180 |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PO82 | 451 W151 NY NY 10031 | 212 690 8611 |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 1 | 1 | Corona beer bottle | | S/e D781175 | |
| 2 | 3 | Polaroid pictures of beer bottle | | | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | | | |
| | | this is a complete list of all items vouchered | | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles
B152751V

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**  Owner/Claimant's Signature  Date  Time  Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).
Item #1 was found inside of perps vehicle. Item #2 shows how the bottle was found inside vehicle.

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**M501761**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner/Finder Receipt Copy